IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

PAUL BEAULIEU                                                                                            PLAINTIFF

v.                                    Case No. 4:19-cv-00328 KGB

LIFE INSURANCE COMPANY
OF NORTH AMERICA                                                                              DEFENDANT

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 13). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice, and each party will bear its own costs and fees.

It is so ordered this 1st day of November 2019.

                                                                     Kristine G. Baker
                                                                     United States District Judge